MARIA J. VENTRINIGLIA, Respondent, *v.* MINNA EICHNER, as Administratrix of DANIEL EICHNER, Deceased, Appellant.

Reported below, 155 App. Div. 236.
(Argued June 2, 1913;· decided June 10, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action to cancel a tax lease as a cloud upon title.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal, the reversal being upon questions of fact as well as of law.

*G. Arnold Moses* for motion.

*A. Stephen Aaronstamm* opposed.

Motion denied, with ten dollars costs.